1070

No. 82–437. COUNTY OF MAHNOMEN, MINNESOTA, ET AL. v. WHITE EARTH BAND OF CHIPPEWA INDIANS ET AL.; and

No. 82–635. ALEXANDER ET AL. v. WHITE EARTH BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 683 F. 2d 1129.

No. 82–489. TEMORA TRADING CO., LTD. v. PERRY, TRUSTEE. Sup. Ct. Nev. Certiorari denied.

No. 82–498. ALVESTAD, REPRESENTATIVE OF THE ESTATE OF ALVESTAD, ET AL. v. MONSANTO CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–595. DEAN v. ST. BERNARD PARISH SCHOOL BOARD. Ct. App. La., 4th Cir. Certiorari denied.

No. 82–642. FRANKS v. NATIONAL RAILROAD PASSENGER CORP., AKA AMTRAK. C. A. 3d Cir. Certiorari denied.

No. 82–645. REPUBLIC NATIONAL LIFE INSURANCE CO. ET AL. v. SPARKS ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 82–656. POMEROY v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 82–663. KARAM ET AL. v. ALLSTATE INSURANCE CO. ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 82–664. KARAPINKA v. UNION CARBIDE CORP. C. A. 3d Cir. Certiorari denied.

No. 82–669. SOFFER v. CITY OF COSTA MESA ET AL. C. A. 9th Cir. Certiorari denied.